AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

Max Denis Antoine
        Plaintiff

v.

Township of Belleville, et al.
        Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 10-1212 (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

✓ IT IS ORDERED that the application is:

✓   GRANTED, and

    ✓ The clerk is directed to file the complaint, and

    ✓ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

ENTER this 17th day of March, 2010

_____
Signature of Judicial Officer

Katharine S. Hayden
Name and title of Judicial Officer